# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.  06-cv-190-DRH |
| ) | |
| PATRICIA G. MARSHALL f/k/a ) | |
| PATRICIA G. LENNARTZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It appearing to the Court that the mortgage indebtedness due the United States has been paid in full, and that the foreclosure proceedings are now moot.

WHEREFORE, it is ordered that the Judgment Decree and Order Directing Sale of Mortgaged property entered in this matter on July 24, 2007, be, and the same is hereby, vacated, and that the foreclosure proceedings be, and the same are, hereby dismissed as moot.


Dated: October 10, 2007.	/s/      DavidRHerndon
	Chief Judge
	United States District Court